**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| EXPRESS MOBILE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ALPINE CONSULTING, INC.,<br><br>    Defendant. | Civil Action No. 2:17-cv-00126<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION FOR ORDER OF DISMISSAL

Having considered the Joint Motion for Order of Dismissal filed by Plaintiff Express Mobile, Inc. and Defendant Alpine Consulting, Inc., the Court is of the opinion the Motion should be GRANTED.

It is therefore ORDERED that all claims against Defendant Alpine Consulting, Inc. are dismissed without prejudice, with the parties to bear their own costs, expenses and attorneys' fees.

    **SIGNED this 14th day of June, 2017.**

    ROY S. PAYNE
    UNITED STATES MAGISTRATE JUDGE